AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Phillip Alphonso Mayes<br>DOB: ████<br><br>*Defendant(s)* | Case: 1:25-mj-00169<br>Assigned To: Judge Harvey, G. Michael<br>Assign. Date: 8/24/2025<br>Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  August 23, 2025  in the county of  Washington  in the  District of  Columbia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC Section 922(g)(1) | Unlawful Possession of a Firearm and Ammunition |
| 18 USC Section 922(g)(1) | Unlawful Possession of a Firearm and Ammunition |
| 22 DC Code Section 405(c) | Assault on a Police office |

This criminal complaint is based on these facts:
See attached Statement of Facts.

☑ Continued on the attached sheet.

*Complainant's signature*

Steven Weatherhead, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  08/24/2025

*Judge's signature*

City and state:  Washington, DC   G. Michael Harvey, Magistrate Judge
*Printed name and title*