UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on January 10, 2025

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. |
| v. | : MAGISTRATE NO. 25-MJ-169 |
| PHILLIP ALPHONSO MAYES, | : VIOLATION: |
| Defendant. | : 18 U.S.C. § 922(g)(1) |
| | : (Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year) |
| | : 22 D.C. Code § 405(b) |
| | : (Assaulting a Police Officer (Misdemeanor)) |
| | : FORFEITURE: 18 U.S.C. § 924(d); 21 U.S.C. § 853(p); and 28 U.S.C. § 2461(c) |

**INDICTMENT**

The Grand Jury charges that:

**COUNT ONE**

On or about August 22, 2025, within the District of Columbia, **PHILLIP ALPHONSO MAYES**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in Lake County Circuit Court, Illinois, Case No. 00CF2428, and in Oakland County Circuit Court, Michigan Case No. 92-118286-FH, did unlawfully and knowingly possess a firearm, that is, an Amadeo Rossi S.A. .38 Special revolver, and did unlawfully and knowingly possess ammunition, that is, .38 Special cartridges, which had been possessed, shipped and

transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT TWO

On or about August 22, 2025, within the District of Columbia, **PHILLIP ALPHONSO MAYES**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in Lake County Circuit Court, Illinois, Case No. 00CF2428, and in Oakland County Circuit Court, Michigan Case No. 92-118286-FH, did unlawfully and knowingly possess a firearm, that is, an Amadeo Rossi S.A. .357 Magnum revolver, and did unlawfully and knowingly possess ammunition, that is, .357 Magnum cartridges, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT THREE

On or about August 22, 2025, within the District of Columbia, **PHILLIP ALPHONSO MAYES**, without justifiable and excusable cause, did assault B.F., a law enforcement officer operating in the District of Columbia, knowing B.F. to be a police officer, while B.F. was engaged in and on account of the performance of her official duties.

**(Assaulting a Police Officer (Misdemeanor)**, in violation of Title 22, D.C. Code, Section 405(b))

## FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Count One of this Indictment, **PHILLIP ALPHONSO MAYES,** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third party;

    (c)    has been placed beyond the jurisdiction of the Court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

JEANINE FERRIS PIRRO  
UNITED STATES ATTORNEY

A TRUE BILL:

By: *Colleen D. Kukowski*  
COLLEEN KUKOWSKI  
ASSISTANT UNITED STATES ATTORNEY

FOREPERSON.

3